441 F.2d 267
 Miquel SUAREZ, Plaintiff-Appellant-Cross Appellee,
v.
Charles Edward WEST and Anthony Luciano,
Defendants-Appellees-Cross Appellants.
No. 30779. Summary Calendar.*
*Rule 18, 5th Cir. See Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431
F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 May 10, 1971.
 
 Edward A. Perse, Carey, Dwyer, Austin, Cole & Selwood, P.A., Miami, Fla., for plaintiff-appellant.
 Henry Burnett, Miami, Fla., for defendants-appellees; Fowler, White, Humkey, Burnett, Hurley & Banick, P.A., Miami, Fla., of counsel, for appellee.
 Appeals from the United States District Court for the Southern District of Florida, Charles B. Fulton, Chief Judge.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 1
 The appellees' motion to dismiss the cross-appeal is granted.
 
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966